IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSSETTS

| | |
|---|---|
| ALANA LIPKIN, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>INFINITUM MEDIA LLC, et al.<br><br>　　　　　　Defendants. | Civil Action No.: 1:25-cv-11950 |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE that Plaintiff Alana Lipkin, by and through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses all her claims against Defendants Infinitum Media LLC, Malik Omer, and Bassal Malik without prejudice.

Dated:  February 17, 2026　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Brittany S. Scott*
　　　　　　　　　　　　　　　　　　　**SMITH KRIVOSHEY, PC**
　　　　　　　　　　　　　　　　　　　Yeremey O. Krivoshey (*pro hac vice forthcoming*)
　　　　　　　　　　　　　　　　　　　Brittany S. Scott (*pro hac vice forthcoming*)
　　　　　　　　　　　　　　　　　　　28 Geary Street, Ste. 650, #1507
　　　　　　　　　　　　　　　　　　　San Francisco, CA 94108
　　　　　　　　　　　　　　　　　　　Phone: 415-839-7000
　　　　　　　　　　　　　　　　　　　E-Mail:  yeremey@skclassactions.com
　　　　　　　　　　　　　　　　　　　　　　　　brittany@skclassactions.com

　　　　　　　　　　　　　　　　　　　**SMITH KRIVOSHEY, PC**
　　　　　　　　　　　　　　　　　　　Joel D. Smith (BBO 712418)
　　　　　　　　　　　　　　　　　　　867 Boylston Street, 5th Floor, Ste. 1520
　　　　　　　　　　　　　　　　　　　Boston, MA 02116
　　　　　　　　　　　　　　　　　　　Phone: 617-377-7404
　　　　　　　　　　　　　　　　　　　E-Mail: joel@skclassactions.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2026, a true and correct copy of the foregoing document was served via electronic mail and U.S. Mail as follows:

Malik Omer
malik.omer@outlook.com
327 Eden Lane Villas 2, Pine Avenue Road
Lahore 5400, Pakistan

Bassal Malik
bassal@goodfaithstaffing.com
C796+X9Q, 288 Block K3, near Rehmat Market,
WAPDA Town Block K 3 Wapda Town Phase 1
Lahore, 54000, Pakistan

Infinitum Media LLC
c/o Malik Omer
malik.omer@outlook.com
522 W Riverside Ave., Ste 101
Spokane, WA 99201

*/s/ Brittany S. Scott*